UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHANTAL SAUCIER, ET AL. | CIVIL ACTION NO. 6:20-cv-01197 |
| VERSUS | JUDGE SUMMERHAYS |
| CHUCKWUDI UCHENDU, M.D., ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that summary judgment is entered in favor of Dr. Hutchinson on the issue of her status as a qualified health care provider at material times; and

IT IS ORDERED, ADJUDGED, AND DECREED that Dr. Hutchinson's motion to dismiss for failure to state a claim (Rec. Doc. 22) is GRANTED, and the claims asserted against her are dismissed without prejudice as premature, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 8th day of June, 2021.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE